UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FLORENCE TOROK, an individual,

    Plaintiff,

vs.                                              CASE NO.: 2:18-cv-343-FtM-38CM

ELECTRIC INSURANCE COMPANY,

    Defendant.
_____/

## JOINT STIPULATION REGARDING SELECTION OF MEDIATOR

    Plaintiff, Florence Torok, and Defendant, Electric Insurance Company, by and through the undersigned attorneys, and pursuant to the Court's July 11, 2018 Case Management and Scheduling Order (Doc. 16), hereby stipulate to the selection of George Knott as mediator in the above cause of action.

    Dated: July 25, 2018

s/ Bradley P. Rothman
Bradley P. Rothman
Florida Bar No. 0677345
brothman@weldonrothman.com
WELDON & ROTHMAN PL
2548 Northbrooke Plaza Drive
Naples, Florida 34119
Tel: (239) 262-2141
Fax: (239) 262-2342
-and-
Michael Germain
Florida Bar No. 066713
mgermain@germainlawgroup.com
GERMAIN LAW GROUP
3412 W. Bay to Bay Blvd
Tampa, Florida 33629
Tel: (813) 835-8888
Fax: (813) 835-8889
*Counsel for Plaintiff*

s/ Jonathan B. Aronson
Jonathan B. Aronson, Esq.
Florida Bar No. 434116
jaronson@aronsonlawfirm.com
ARONSON LAW FIRM
95 Merrick Way, Suite 720
Miami, Florida 33134
Tel: (305) 662-1233
Fax: (305) 662-1266
*Counsel for Defendant*